**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Mark J. Politan, Esq.
Attorneys for Bernard A. Katz, Liquidating Trustee
for the Kara Homes Inc. Liquidation Trust and for the Kara
at Mt. Arlington I, LLC Liquidation Trust

|  |  |
|---|---|
| | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE MICHAEL B. KAPLAN<br>CASE NO. 06-19626 (MBK) |
| In re:<br><br>KARA HOMES, INC., et al.,<br><br>　　　　　　Reorganized Debtors. | (Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 2, 2009, AT 10:00 A.M.** |

TO:    All Parties-in-Interest

PLEASE TAKE NOTICE that pursuant to the Orders Establishing Case Management and Administrative Procedures entered in these matters on March 25, 2008, July 2, 2008, September 20, 2008, January 29, 2009, and May 28, 2009, the following matters are currently scheduled to be heard on November 2, 2009 at 10:00 a.m.:

**CONTESTED MATTERS**

1.    **Motion**: Liquidating Trustee's *First Omnibus Motion for Entry of an Order Expunging, Reducing, Reclassifying, and/or Granting Other Relief as to Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed by Mark J. Politan on behalf of Bernard Katz, Liquidating Trustee. (Docket No. 3785).

44177/0002-6080048v1

**Objection Deadline:** Objections were due by September 30, 2008.

**Response:** Objections/Responses were received from the following parties:

| | |
|---|---|
| Richard, John (Docket No. 3830) | Seeking continuance to December 7, 2009 |
| WCP Real Estate Strategies Fund L.P. (Docket No. 3832) | Seeking continuance to December 7, 2009 |

**Status:** This matter is not going forward.

2.  **Motion**: Liquidating Trustee's *Second Omnibus Motion for Entry of an Order Expunging, Reducing, Reclassifying, and/or Granting Other Relief as to Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed by Mark J. Politan on behalf of Bernard Katz, Liquidating Trustee. (Docket No. 3793).

**Objection Deadline:** Objections were due by October 13, 2008.

**Response:** Objections/Responses were received from the following parties:

| | |
|---|---|
| ADE, Inc. (Docket No. 4066) | Subject to Adversary Proceeding; seeking continuance to December 7, 2009 |
| Benchmark a/k/a TFIEPI, LLC | Resolved - Consent Order to be Submitted |

**Status:** This matter is not going forward.

3.  **Motion**: Liquidating Trustee's *Fourth Omnibus Motion for Entry of an Order Expunging, Reducing, Reclassifying, and/or Granting Other Relief as to Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed by Mark J. Politan on behalf of Bernard Katz, Liquidating Trustee. (Docket No. 3795).

**Objection Deadline:** Objections were due by October 13, 2008.

**Response:** Objections/Responses were received from the following parties:

| | |
|---|---|
| First Choice Construction & Development (Docket No. 3973) | Resolved - Consent Order to be Submitted |

**Status:** This matter is not going forward.

4.  **Motion**: Liquidating Trustee's *Sixth Omnibus Motion for Entry of an Order Expunging, Reducing, Reclassifying, and/or Granting Other Relief as to Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed by Mark J. Politan on behalf of Bernard Katz, Liquidating Trustee. (Docket No. 3797).

2

**Objection Deadline:** Objections were due by October 13, 2008.

**Response:** Objections/Responses were received from the following parties:

| Shoreline Plumbing and Heating, Inc. | Subject to Adversary Proceeding; seeking continuance to December 7, 2009 |
|---|---|

**Status:** This matter is not going forward.

5. **Motion**: Liquidating Trustee's *Eighth Omnibus Motion for Entry of an Order Expunging, Reducing, Reclassifying, and/or Granting Other Relief as to Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed by Mark J. Politan on behalf of Bernard Katz, Liquidating Trustee. (Docket No. 3822).

**Objection Deadline:** Objections were due by October 27, 2008.

**Response:** Objections/Responses were received from the following parties:

| Glasser, Kathleen & Neil (Docket No. 4035) | Resolved – Consent Order to be Submitted |
|---|---|

**Status:** This matter is not going forward.

6. **Motion:** Reorganized Debtors' *Fourth Omnibus Motion for Entry of an Order Expunging, Reducing, Reclassifying, and/or Granting Other Relief as to Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed by Stacey L. Meisel on behalf of Reorganized Debtors. (Docket No. 4172).

**Objection Deadline:** Objections were due by January 19, 2009.

**Response:** Objections/Responses were received from the following parties:

| Anne Marie Leone (Docket No. 4242) | Seeking continuance to December 7, 2009 |
|---|---|

**Status:** This matter is not going forward.

7. **Motion**: Liquidating Trustee's *Fourteenth Omnibus Motion for Entry of an Order Expunging, Reducing, Reclassifying, and/or Granting Other Relief as to Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed by Mark J. Politan on behalf of Bernard Katz, Liquidating Trustee. (Docket No. 4174).

**Objection Deadline:** Objections were due by January 19, 2009.

**Response:** Objections/Responses were received from the following parties:

| Anne Marie Leone (Docket No. 4242) | Seeking continuance to December 7, 2009 |
|---|---|

3

**Status:**  This matter is not going forward.

8.   **Motion:**  Liquidating Trustee's *Sixteenth Omnibus Motion for Entry of an Order Expunging, Reducing, Reclassifying, and/or Granting Other Relief as to Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed by Mark Politan on behalf of Bernard Katz, Liquidating Trustee. (Docket No. 4410).

**Objection Deadline:**  Objections were due by June 8, 2009.

**Response:**  Objections/Responses were received from the following parties:

| Iron Mountain Information Management | Seeking continuance to December 7, 2009 |
|---|---|
| GE Capital Modular Space, a Division of Transport International Pool, Inc. (Doc. No. 4493) | Seeking continuance to December 7, 2009 |
| Line Systems, Inc. (Doc. No. 4497) | Resolved - Consent Order to be Submitted |

**Status:**  This matter is not going forward.

9.   **Motion:**  Reorganized Debtors' *Sixth Omnibus Motion for Entry of an Order Expunging, Reducing, Reclassifying, and/or Granting Other Relief as to Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed by Stacey L. Meisel on behalf of Reorganized Debtors. (Docket No. 4418).

**Objection Deadline:**  Objections were due by June 8, 2009.

**Response:**  Objections/Responses were received from the following parties:

| Iron Mountain Information Management | Seeking continuance to December 7, 2009 |
|---|---|
| GE Capital Modular Space, a Division of Transport International Pool, Inc. (Doc. No. 4494) | Seeking continuance to December 7, 2009 |
| Line Systems, Inc. (Doc. No. 4498) | Seeking continuance to December 7, 2009 |

**Status:**  This matter is not going forward.

10.   **Motion:**  Liquidating Trustee's *Seventeenth Omnibus Motion for Entry of an Order Expunging, Reducing, Reclassifying, and/or Granting Other Relief as to Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed by Mark Politan on behalf of Bernard Katz, Liquidating Trustee. (Docket No. 4411).

**Objection Deadline:**  Objections were due by June 8, 2009.

**Response:**  Objections/Responses were received from the following parties:

4

| Connie Fahim | Resolved – Consent Order to be Submitted |

**Status:**  This matter is not going forward.

11.  **Motion:**  Reorganized Debtors' *Seventh Omnibus Motion for Entry of an Order Expunging, Reducing, Reclassifying, and/or Granting Other Relief as to Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed by Stacey L. Meisel on behalf of Reorganized Debtors. (Docket No. 4420).

**Objection Deadline:**  Objections were due by June 8, 2009.

**Response:**  Objections/Responses were received from the following parties:

| Wagih & Connie Fahim Objection (Doc. No. 4427) | Resolved – Consent Order to be Submitted |

**Status:**  This matter is not going forward.

12.  **Motion:**  Liquidating Trustee's and Reorganized Debtors' *First Joint Omnibus Motion for Entry of an Order Expunging, Reducing, Reclassifying, and/or Granting Other Relief as to Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed jointly by Mark Politan on behalf of Bernard Katz, Liquidating Trustee and by Stacey L. Meisel on behalf of Reorganized Debtors. (Docket No. 3805).

**Objection Deadline:**  Objections were due by October 27, 2008.

**Response:**  Objections/Responses were received from the following parties:

| Boyar, Anna (Docket No. 4009) | Seeking continuance to December 7, 2009 |
| Reply to Anna Boyer Objection, filed by Ben Becker on behalf of Reorganized Debtors (Docket No. 4029) | |
| Lentz, Jeffrey (Docket No. 4052) | Seeking continuance to December 7, 2009 |

**Status:**  This matter is not going forward.

13.  **Motion:**  Liquidating Trustee's and Reorganized Debtors' *Third Joint Omnibus Motion for the Entry of an Order Expunging, Reducing, Reclassifying and/or Granting Other Relief as to Homeowner Association Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007* filed by Mark Politan on behalf of Bernard Katz, Liquidating Trustee (Docket No. 4404).

**Objection Deadline:**  Objections were due by June 1, 2009.

**Response:**  Objections/Responses were received from the following parties:

5

| | |
|---|---|
| The Landings at Manahawkin Condominium Assoc. (Doc. No. 4463) | Seeking continuance to December 7, 2009 |
| Aspen Woods Homeowners Association, Inc. (Doc. No. 4451) | Seeking continuance to December 7, 2009 |
| Bridgepointe Condominium Association (Doc. No. 4453) | Seeking continuance to December 7, 2009 |

**Status:** This matter is not going forward.

14. **Motion:** Liquidating Trustee's and Reorganized Debtors' *Fourth Joint Omnibus Motion for the Entry of an Order Expunging, Reducing, Reclassifying and/or Granting Other Relief as to Homeowner Association Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007* filed by Mark Politan on behalf of Bernard Katz, Liquidating Trustee (Docket No. 4405).

**Objection Deadline:** Objections were due by June 1, 2009.

**Response:** Objections/Responses were received from the following parties:

| | |
|---|---|
| Old Bridge Municipal Utilities Authority (Doc. No. 4474) | Seeking continuance to December 7, 2009 |
| Borough of Mt. Arlington (Doc. No. 4477) | Seeking continuance to December 7, 2009 |
| Town of Morristown (Doc. No. 4475) | Seeking continuance to December 7, 2009 |
| Township of Marlboro (Doc. No. 4476) | Seeking continuance to December 7, 2009 |

**Status:** This matter is not going forward.

15. **Motion:** Liquidating Trustee's and Reorganized Debtors' *Fifth Joint Omnibus Motion for Entry of an Order Expunging, Reducing, Reclassifying, and/or Granting Other Relief as to Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed jointly by Mark Politan on behalf of Bernard Katz, Liquidating Trustee and by Stacey L. Meisel on behalf of Reorganized Debtors. (Docket No. 4414).

**Objection Deadline:** Objections were due by June 8, 2009.

**Response:** Objections/Responses were received from the following parties:

| | |
|---|---|
| Michael A. Aladich Opposition (4496) | Seeking continuance to December 7, 2009 |
| George J. Brandt III Opposition (Doc. No. 4490) | Resolved – Consent Order to be Submitted |

6

| Kevin Donnelly | This matter is going forward |
|---|---|
| Tom Gough (Doc. No. 4712) | Seeking continuance to December 7, 2009 |
| Jason Kahley | This matter is going forward |
| Zuhdi Karagjozi | Seeking continuance to December 7, 2009 |
| Jose Reis Opposition (Doc. No. 4495) | Seeking continuance to December 7, 2009 |
| Patrick J. Turner Objection (Doc. No. 4462) | Seeking continuance to December 7, 2009 |
| Mary Elizabeth Warner Objection (Doc. No. 4499) | This matter is going forward |
| William Weber | Seeking continuance to December 7, 2009 |
| Reorganized Debtors' Response (Doc. No. 4882) | |

**Status:** This matter is going forward, except as noted above.

16. **Motion:** Liquidating Trustee's and Reorganized Debtors' *Sixth Joint Omnibus Motion for Entry of an Order Expunging, Reducing, Reclassifying, and/or Granting Other Relief as to Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed jointly by Mark Politan on behalf of Bernard Katz, Liquidating Trustee and by Stacey L. Meisel on behalf of Reorganized Debtors. (Docket No. 4426).

**Objection Deadline:** Objections were due by June 8, 2009.

**Response:** Objections/Responses were received from the following parties:

| Frontier Insurance Co. Objection (4506) | Resolved – Consent Order to be Submitted |
|---|---|
| Bond Safeguard Insurance Co. | Resolved – Consent Order to be Submitted |
| Westchester Fire Insurance Co. | Resolved – Consent Order to be Submitted |

**Status:** This matter is not going forward.

17. **Motion:** Liquidating Trustee's *Twentieth Omnibus Motion for Entry of an Order Expunging, Reducing, Reclassifying, and/or Granting Other Relief as to Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed by Mark Politan on behalf of Bernard Katz, Liquidating Trustee. (Docket No. 4697).

7

**Objection Deadline:**  Objections were due by October 12, 2009.

**Response:**  Objections/Responses were received from the following parties:

| | |
|---|---|
| Robert J. McGowen Opposition (Doc. No. 4817) | Seeking continuance to December 7, 2009 |

**Status:**  This matter is going forward, except as noted above.

18.   **Motion:**  Reorganized Debtors' *Tenth Omnibus Motion for Entry of an Order Treating Administrative Claims, Secured Claims and Priority Claims and for Related Relief Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed by Stacey L. Meisel on behalf of Reorganized Debtors. (Docket No. 4698).

**Objection Deadline:**  Objections were due October 12, 2009.

**Response:**  Objections/Responses were received from the following parties:

| | |
|---|---|
| State of New Jersey, Division of Taxation and Dept. of Labor (Doc. No. 4873) | Seeking continuance to December 7, 2009 |

**Status:**  This matter is going forward, except as noted above.

19.   **Motion:**  Liquidating Trustee's *Twenty-First Omnibus Motion for Entry of an Order Expunging, Reducing, Reclassifying, and/or Granting Other Relief as to Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed by Mark Politan on behalf of Bernard Katz, Liquidating Trustee. (Docket No. 4700).

**Objection Deadline:**  Objections were due by October 12, 2009.

**Response:**  Objections/Responses were received from the following parties:

| | |
|---|---|
| Daniel Kelly (Doc. No. 4825) | Seeking continuance to December 7, 2009 |

**Status:**  This matter is going forward, except as noted above.

20.   **Motion:**  Liquidating Trustee's and Reorganized Debtors' *Seventh Joint Omnibus Motion for the Entry of an Order Expunging Claims and for Related Relief Pursuant to 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007*, filed jointly by Mark Politan on behalf of Bernard Katz, Liquidating Trustee and by Stacey L. Meisel on behalf of Reorganized Debtors. (Docket No. 4703).

**Objection Deadline:**  Objections were due by October 12, 2009.

44177/0002-6080048v1

**Response:** Objections/Responses were received from the following parties:

| Sovereign Bank (Doc. No. 4832) | Seeking continuance to December 7, 2009 |
|---|---|
| Lehman Commercial Paper Inc. (Doc. No. 4838) | Seeking continuance to December 7, 2009 |
| Plainfield Special Solutions Master Fund Limited, as transferee of Bank of America<br><br>Plainfield Special Solutions Master Fund Limited, as transferee of SPCP Group, LLC, as transferee of UBS AG, Stamford Branch, as transferee of National City Bank<br><br>Plainfield Specialty Holdings II, Inc., as transferee of Amboy National Bank<br><br>Plainfield Specialty Holdings II, Inc., as transferee of The Provident Bank<br><br>Plainfield Specialty Holdings II, Inc., as transferee of TD Banknorth, successor by merger to Hudson United Bank | Seeking continuance to December 7, 2009 |

**Status:** This matter is going forward, except as noted above.

21. **Motion:** Reorganized Debtors' *Eleventh Omnibus Motion for Entry of an Order Expunging Administrative Claims, Secured Claims and Priority Claims and for Related Relief Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007*, filed by Stacey L. Meisel on behalf of Reorganized Debtors. (Docket No. 4706).

**Objection Deadline:** Objections were due October 12, 2009.

**Response:** Objections/Responses were received from the following parties:

| GE Capital Modular Space, a Division of Transport International Pool, Inc. (Doc. No. 4835) | Seeking continuance to December 7, 2009 |
|---|---|

9

**Status:** This matter is going forward, except as noted above.

          Respectfully submitted,

          COLE, SCHOTZ, MEISEL,
          FORMAN & LEONARD, P.A.
          Attorneys for Bernard A. Katz, Liquidating
          Trustee for the Kara Homes Inc. Liquidation
          Trust and for the Kara at Mt. Arlington I, LLC
          Liquidation Trust

          By:   */s/ Mark J. Politan*
                Mark J. Politan

DATED: October 29, 2009

44177/0002-6080048v1